UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCO RAMIREZ<br>Defendant. | Case No.: ED 13-572m<br><br>ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS<br>(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Southern_ District of _California_ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    (X) information in the Pretrial Services Report and Recommendation

    (X) information in the violation petition and report(s)

    (X) the defendant's nonobjection to detention at this time

    ( ) other: _____

1

```
 1              and/ or
 2  B. (X)     The defendant has not met his/her burden of establishing by clear and
 3              convincing evidence that he/she is not likely to pose a danger to the
 4              safety of any other person or the community if released under 18 U.S.C.
 5              § 3142(b) or (c).  This finding is based on the following:
 6              (X)     information in the Pretrial Services Report and Recommendation
 7              (X)     information in the violation petition and report(s)
 8              (X)     the defendant's nonobjection to detention at this time
 9              ( )     other: _____
10
11  IT THEREFORE IS ORDERED that the defendant be detained pending the further
12  revocation proceedings.
13
14  Dated: December 11, 2013                    _____
15                                                        SHERI PYM
                                                 United States Magistrate Judge
```